IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CR 104-117 |
| | * | |
| TROY O'NEAL REDD and | * | |
| HARRY BRUCE REDD | * | |

**O R D E R**

The captioned case is currently set for jury selection and trial on December 12, 2005. Counsel for Defendant Harry Bruce Redd notified the Court by telephone this morning that he is unable to proceed to trial on that date because of his health. At the pre-trial conference held later this morning, I discussed Defendant Harry Bruce Redd's present inability to proceed to trial with Defendant Troy O'Neal Redd and the Government. Upon consideration of the parties' comments and Federal Rule of Criminal Procedure 14, **IT IS HEREBY ORDERED** that Defendant Harry Bruce Redd's jury selection and trial be severed from the jury selection and trial scheduled for Defendant Troy O'Neal Redd on December 12, 2005.

Furthermore, pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by the granting of a continuance for Defendant Harry Bruce Redd outweigh his and the public's best interests in a speedy trial. Accordingly,

**IT IS ORDERED** that Defendant Harry Bruce Redd's jury selection and trial is continued until further notice from the Court.

**ORDER ENTERED** at Augusta, Georgia, this \_\_\_7th\_\_\_ day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE